

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ODILIO ESCOBAR BAMACA,<br><br>Petitioner,<br><br>V.<br><br>WARDEN, et al.,<br><br>Respondents. | Case No. EDCV 25-2627 CV (PVC)<br><br>**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.

IT IS ORDERED that:

(1) Respondents are ORDERED to immediately release Petitioner unless Respondents Provided Petitioner with a bond hearing under 8 U.S.C. § 1226(a) as ordered in the Report and Recommendation (Doc. # 14);

(2) Respondents are ORDERED to file a notice of compliance advising how they complied with the District Court's Order within seven days;

(3) the granting of this interim relief does not moot the Petition, which remains pending.

IT IS FURTHER ORDERED that the Clerk serve copies of this Order on Petitioner at his current address of record and on counsel for Petitioner and Respondents.

DATED: 4/23/26

*Cynthia Valenzuela*

HON. CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE

2