JS-6

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

ODILIO ESCOBAR BAMACA,

Petitioner,

v.

WARDEN, ET AL.,

Respondents.

Case No. EDCV 25-2627 CV (PVC)

**JUDGMENT**

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is DISMISSED without prejudice.

DATED: 8/31/26

Cynthia Valenzuela

CYNTHIA VALENZUELA
UNITED STATES DISTRICT JUDGE